IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR414-312 |
| | ) |
| DERRICK HEARD, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is the Government's Motion for Reduction of Sentence Pursuant to Rule 35 and 18 U.S.C. § 3553(c). (Doc. 18.) In its motion, the Government asserts that, pursuant to Federal Rule of Criminal Procedure 35(b), a reduction in Defendant's sentence is warranted based on his assistance in the investigation and prosecution of others. After careful consideration, the Government's motion is **GRANTED**. It is the judgment of the Court that Defendant's term of imprisonment shall be reduced from **forty-eight** to **thirty-six months**. All other terms and conditions of the sentence previously imposed by the Court shall remain in full effect. The Clerk of Court is **DIRECTED** to amend the judgment in this case in accordance with this order.

SO ORDERED this 9th day of September 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA